56

402 A.2d 1075

**Joan C. MERION**

v.

**Richard C. MERION, Appellant.**

Superior Court of Pennsylvania.

Argued March 22, 1979.

Decided May 18, 1979.

W. Robert Landis, West Chester, for appellant.

William H. Mitman, Sr., West Chester, for appellee.

Before CERCONE, President Judge, and WATKINS and HOFFMAN, JJ.

PER CURIAM:

The child support order of $120 per week is reduced to $100 per week. As thus modified, the order of the court below is affirmed.